**FILED**
MAR 1 - 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. __2:06CR59-MHT__ |
| | ) | [18 USC 1344] |
| ERIC JONATHEN O'REE | ) | |
| | ) | |
| | ) | INDICTMENT |

THE GRAND JURY CHARGES:

## COUNT 1

On or about the 16th day of September, 2003, in Montgomery, Alabama, within the Middle District of Alabama, and elsewhere,

ERIC JONATHEN O'REE,

defendant herein, knowingly and willfully, aided and abetted by others known and unknown to the Grand Jury, did execute a scheme to defraud the Millbrook branch of Regions Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, obtaining a legitimate check issued by Hayward Hall or Robbie Hall, check number 2271, and replicating the account number on the legitimate check on a blank check obtained from a business supply company by using computer check programs which allowed the Defendant, aided and abetted by others, to substitute the name of Thomas Spurlock as payee, and caused the telephone number of the account holder to be changed. The Defendant, aided and abetted by others, then had Thomas Spurlock present the fraudulent check for payment on the account holder's account. On or about September 17, 2003, the Defendant, aided and abetted by others, caused Thomas Spurlock to fraudulently obtain $3,684.91 from Regions Bank in Prattville, Alabama. All done in violation of Title 18, United States Code, Sections, 2 and 1344.

## COUNT 2

On or about the 1st day of October, 2003, in Prattville, Alabama, within the Middle District of Alabama, and elsewhere,

ERIC JONATHEN O'REE,

defendant herein, knowingly and willfully, aided and abetted by others known and unknown to the Grand Jury, did execute a scheme to defraud the AmSouth Bank in Prattville, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, obtaining a legitimate check issued by Louise J. Newell, check number 1948, and replicating the account number on the legitimate check on a blank check obtained from a business supply company by using computer check programs which allowed the Defendant, aided and abetted by others, to substitute the name of Thomas Spurlock as payee, and caused the telephone number of the account holder to be changed. The Defendant, aided and abetted by others, then had Thomas Spurlock present the fraudulent check for payment on the account holder's account. On or about October 1, 2003, the Defendant, aided and abetted by others, caused Thomas Spurlock to fraudulently attempt to obtain $3,644.48 from AmSouth Bank in Prattville, Alabama. All done in violation of Title 18, United States Code, Sections, 2 and 1344.

A TRUE BILL:

_____
Foreperson

_____
Kent B. Brunson
Assistant United States Attorney