**COURTROOM DEPUTY MINUTES**    DATE: 3-8-2006
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: IA 3:31-3:43 pm, Arr. 3:47-4:01 pm.

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE: DRB | DEPUTY CLERK: sql |
| CASE NO.: 2:06CR59-MHT | DEFT. NAME: Eric Jonathen O'REE |
| USA: Brunson | ATTY: Mike Petersen |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO; ( ) Stand In ONLY |
| USPTSO/USPO: Martin | |

Defendant ____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES   NAME: ____

- ✓ kars.    Date of Arrest 3-7-06   or   ☐ karsr40
- ✓ kia.     Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ✓ kcnsl.   Deft. First Appearance with Counsel
- ☐         Deft. First Appearance without Counsel
- ✓         Requests appointed Counsel   ✓ ORAL MOTION for Appointment of Counsel
- ✓ kfinaff. Financial Affidavit executed  ☐ to be obtained by PTSO
- ✓ koappted ORAL ORDER appointing Community Defender Organization - Notice to be filed.
- ☐ k20appt. Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐         Deft. Advises he will retain counsel. Has retained ____
- ☐         Government's ORAL (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐         Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg.  Detention Hearing ☐ held; ☐ set for ____
- ☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.   ORDER OF DETENTION PENDING TRIAL entered
- ✓ kocondrls. Release order entered. Deft. advised of conditions of release ✓
- ✓ kbnd.    ✓ BOND EXECUTED (M/D AL charges) $ 25,000. Deft released (kloc LR)
-           ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
- ☐         Preliminary Hearing ☐ Set for ____
- ☐ ko.     Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐         Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ✓ karr.   ARRAIGNMENT SET FOR: ____  ✓ HELD. Plea of NOT GUILTY entered ✓
-           ✓ Set for 8-7-06 Trial Term; ☐ PRETRIAL CONFERENCE DATE: 7-12-06
-           DISCOVERY DISCLOSURES DATE: 3-13-06
- ☐ krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for ____
- ✓ kwvspt  Waiver of Speedy Trial Act Rights Executed ✓