IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| v. | * | CR. NO. 2:06CR59-MHT |
| | * | |
| **ERIC JONATHEN O'REE,** | * | |
| **DEFENDANT** | * | |

## NOTICE OF INTENT TO CHANGE PLEA

Comes now Defendant, Eric Jonathen O'ree, by and through counsel of record, and gives notice to the Court of his intent to change his plea. Defendant understands the Court has set a change of plea hearing for July 31, 2006 at 11:00AM.

Respectfully submitted this day, July 17, 2006.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Corrie Woods

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4162 Carmichael Court
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the parties.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021