# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☑ **Northern**  ☐ **Southern**  ☐ **Eastern**

| | |
|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 7-17-2006 | @ 11:06 ☑ a.m. ☐ p.m |
| DATE COMPLETED 7-17-2006 | @ 11:07 ☑ a.m. ☐ p.m |

**CASE NO.** 2:06CR59-MHT

| UNITED STATES OF AMERICA | VS. | ERIC JONATHEN O'REE |
|---|---|---|
| Plaintiff(s) | | Defendant(s) |

### APPEARANCES

**Plaintiff(s)/Government**
Kent Brunson

**Defendant(s)**
Tim Halstrom

### COURT OFFICIALS PRESENT:

- **Ctrm Clerk:** S. Q. Long, Jr.
- **Law Clerk:**
- **USPO/USPTS:**
- **Crt Rptr:**
- **Interpreter:**
- **Other:**

### PROCEEDINGS:

- ☐ Motion Hearing:
- ☐ Status Conference
- ☐ Revocation
- ☐ Settlement Conference
- ☐ Non-Jury Trial
- ☐ Other
- ☐ Oral Argument
- ☐ Scheduling Conf.
- ☐ Telephone Conf.
- ☐ Revocation/Prtrl/SupvRel/Prob
- ☐ Evidentiary Hrg.
- ☐ Show Cause
- ☐ Sentencing

☑ **Pretrial Conference**

- **Pending Motions:** None
- **Discovery Status:** OK
- **Trial Status/Length:** 2 Days
- **Plea Status:** Plea
- **Trial Term:** 8-7-06