COURTROOM DEPUTY'S MINUTES  
MIDDLE DISTRICT OF ALABAMA

DATE: 7-31-2006  
DIGITAL RECORDING: 12:01 — 12:33pm  
COURT REPORTER: Jimmy Dickens

☐ ARRAIGNMENT ☑ CHANGE OF PLEA ☐ CONSENT PLEA  
☐ RULE 44(c) HEARING ☐ SENTENCING

---

PRESIDING MAG. JUDGE: DRB  
DEPUTY CLERK: sql  
CASE NUMBER: 2:06CR59-MHT  
DEFENDANT NAME: Eric Jonathen O'REE  
AUSA: Brunson  
DEFENDANT ATTORNEY: Tim Halstrom  
Type counsel ( )Waived; ( )Retained; (✓)CJA; ( )FPD  
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:  
Interpreter present? (✓)NO; ( )YES   Name:

---

☐ This is defendant's FIRST APPEARANCE.  
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.  
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.  
☐ WAIVER OF INDICTMENT executed and filed.  
☐ INFORMATION filed.  
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.  

PLEA:  ☐ Not Guilty  
  ☑ Guilty as to:  
    ☑ Count(s): 1  
    ☑ Count(s): 2     ☐ dismissed on oral motion of USA  
              ☑ to be dismissed at sentencing  

☑ Written plea agreement filed  ☐ ORDERED SEALED  
☑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts __1__.  
☐ CRIMINAL TERM:   ☐ WAIVER OF SPEEDY TRIAL filed.  
       DISCOVERY DISCLOSURE DATE:  
☑ ORDER: Defendant continued under ☑ same bond; ☐ summons; for:  
   ☐ Trial on _____; ☑ Sentencing on _____  
☐ ORDER: Defendant remanded to custody of U. S. Marshal for:  
   ☐ Trial on _____; or ☐ Sentencing on _____  
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed  
      ☐ Defendant requests time to secure new counsel