**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:06-cr-0059-MHT** |
| | ) | |
| **ERIC JONATHAN O'REE** | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

**COMES NOW** the undersigned counsel, Michael J. Petersen, and hereby moves this Honorable Court for an Order granting his motion to withdraw from representation of the defendant Eric J. O'Ree.  In support of this motion, undersigned counsel would show:

1.      Undersigned counsel was appointed to represent Mr. O'Ree in the above-styled cause on March 8, 2006.

2.      On March 24, 2006, undersigned counsel was informed that Timothy Charles Halstrom,  Esquire, had been appointed to represent Mr. O'Ree and that Mr. Halstrom's Notice of Appearance had been filed on March 24, 2006.

**WHEREFORE**, premises considered, undersigned counsel hereby prays that his motion to withdraw as counsel for Eric J. O'Ree in the above-styled cause be granted and an Order issued permitting his withdrawal.

Respectfully submitted,

/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2006, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery,

Alabama  36104.


Respectfully submitted,

/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M