IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-59-MHT |
| | ) | |
| ERIC JONATHEN O'REE | ) | |

**ORDER ON MOTION**

For good cause therein, it is

**ORDERED** that the *Motion to Withdraw as Counsel* (Doc. 22, October 16, 2006), filed by Assistant Federal Defender Michael J. Petersen is GRANTED.

DONE this 16th day of October, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE