# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MYRON H. THOMPSON,  JUDGE        AT MONTGOMERY  ALABAMA

DATE COMMENCED  November 15, 2006        AT  10:58   A.M./P.M.

DATE COMPLETED  November 15, 2006        AT  12:05   A.M./P.M.

UNITED STATES OF AMERICA                 Criminal Action
                                         2:06cr59-MHT
          VS.

ERIC JONATHAN O'REE

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Kent B. Brunson | X | Atty Timothy C. Halstrom |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Danielle Goldstein, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:     SENTENCING HEARING

| 10:58 a.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation concurs with plea agreement. Court accepts plea agreement. Court directs probation to revise sentence and statement of reasons. |
| 11:30 a.m. | Break. |
| 11:55 a.m | Sentence imposed; **ORAL ORDER** during sentence imposition granting motion for downward departure. Government's **ORAL MOTION** to dismiss Count 2 of the Indictment. **ORAL ORDER** granting oral motion to dismiss. |
| 12:05 a.m. | Hearing concluded. |