PROB 12A
(7/93)

# United States District Court

for

## Middle District of Alabama

### Report on Offender Under Supervision

Name of Offender: Eric Jonathen O'Ree                              Case Number: 2:06CR59-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: November 15, 2006

Original Offense: Bank Fraud
Original Sentence: 7 days incarceration to be followed by a (5) five year term of supervised release.

Type of Supervision: Supervised Release       Date Supervision Commenced: November 20, 2006

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Standard Condition : " The defendant shall refrain from any unlawful use of a controlled substance." | On November 22, 2006 and on November 30, 2006, O'Ree provided urine samples that tested presumptive positive for marijuana and cocaine. O'Ree admitted to smoking a marijuana cigarette that was laced with cocaine on or about November 20, 2006. |

U.S. Probation Officer Action: Considering this is O'Ree's first positive drug test since starting supervised release and O'Ree is involved in substance abuse counseling through the Chemical Addictions Program in Montgomery, AL, this officer is requesting no action be taken at this time. O'Ree was reprimanded for his actions and advised that if he used controlled substances again the probation officer would seek to have his supervision revoked.

                                                                                   Respectfully submitted,

                                      by       /s/ David A. Conoly

                                                   David A. Conoly
                                                 U.S. Probation Officer
                                                 Date: December 12, 2006

Reviewed and approved:   /s/ David Ron Thweatt
                                Supervisory U.S. Probation Officer

**PROB 12A**
**(7/93)**

2

---

*The Court directs that additional action be taken as follows:*

[ ]     Submit a Request for Modifying the Condition or Term of Supervision
[ ]     Submit a Request for Warrant or Summons
[ ]     Other
[X]     Concur with Probation Officer's recommendation
[ ]     No action necessary

 /s/ Myron H. Thompson
Signature of Judicial Officer

 December 12, 2006
Date