PROB 12B
(7/93)

# United States District Court

### for

### Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)


Name of Offender: Eric Jonathen O'Ree                    Case Number: 2:06cr59-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: November 15, 2006

Original Offense: Bank Fraud, 18 U.S.C. § 1344 and 2

Original Sentence: 7 days jail followed by 5 years supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: November 20, 2006

## PETITIONING THE COURT

[ ]     To extend the term of supervision for __ year, for a total term of __ years.
[X]     To modify the conditions of supervision as follows:

**The defendant shall pay a minimum of $50 a month towards his financial obligation**.

## CAUSE

On November 20, 2006, O'Ree began his term of supervision. On December 20, 2006, O'Ree reported to the community corrections facility to begin his six (6) month commitment which was ordered as a special condition of supervised release. While at the halfway house, he has obtained employment and earns steady income. However, he has failed to make satisfactory progress towards his court ordered financial obligations including paying a $100 special assessment fee and $7,329.39 restitution. A review of his income along with his expected debts upon release indicates that he is unable to pay the $150 per month payment which was ordered by the court at sentencing. Considering he is making satisfactory progress with his other conditions, it is respectfully requested that the court modify his payment schedule as requested to create the best atmosphere for a successful period of supervision. The probation officer has counseled O'Ree about his finances and created a budget that will help O'Ree manage his money. O'Ree consented to the modification and signed a waiver of hearing to modify the conditions of supervision.

Respectfully submitted,

by      /s/ David A. Conoly
        David A. Conoly
        U.S. Probation Officer
        Date: June 6, 2007


Reviewed and approved:    /s/ David Ron Thweatt
                          David Ron Thweatt
                          Supervisory U.S. Probation Officer

PROB 12B
(7/93)

THE COURT ORDERS:

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[ ]     The Modification of Conditions as Noted Above
[ ]     Other

_____
Signature of Judicial Officer

_____
Date